AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUN 24 2021

Nathan Ochsner, Clerk

United States of America
v.
Juan Jesus Chanon
YOB 1989

Case No. 7:21mj1378-1

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 13, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841 | Possession with intent to distribute more than 500 grams of a controlled substance (methamphetamine) |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Roberto Lopez

Sworn to and signed ~~Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1,~~ and probable cause found on:

Date: June 24, 2021 @ 11:54 AM

City and state: McAllen, Texas

*Complainant's signature*

Adam Palmer, FBI TFO
*Printed name and title*

*Judge's signature*

U.S. Magistrate Judge J. Scott Hacker
*Printed name and title*

Attachment A

1. On August 13, 2020, a DEA Task Force Officer ("UCE") began coordinating with Juan Jesus CHANON ("CHANON") by phone to take delivery of narcotics.

2. On that same date, agents established surveillance near a business in Pharr, Texas. On said date, agents observed CHANON arrive in a vehicle at the business. After arriving, CHANON provided the UC with two (2) speaker boxes later found to contain approximately 28.5 kilograms of crystal methamphetamine.